

# In the
# Court of Appeals
## Second Appellate District of Texas
## at Fort Worth

No. 02-19-00229-CR

| | | |
|---|---|---|
| JONATHAN ANDREW COLLINS, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 1 |
| | § | of Tarrant County (1541883D) |
| V. | § | April 30, 2020 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment for aggravated robbery (Count 1). We reverse and vacate that portion of the trial court's judgment for aggravated assault (Count 2).

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
     Justice Dana Womack